1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                           **SACRAMENTO DIVISION**

12

13 DEANNE LEE,                         )
                                       )    CIVIL NO. 2:10-CV-03162 KJN
14      Plaintiff,                     )
                                       )
                                       )    STIPULATION AND [PROPOSED] ORDER
15      v.                             )    TO EXTEND TIME TO ANSWER
                                       )
16 MICHAEL J. ASTRUE,                  )
   Commissioner of                     )
17 Social Security,                    )
                                       )
18      Defendant.                     )
   _____)

19

20      IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21 with the permission of the Court as evidenced below, that the time for responding to Plaintiff's

22 Complaint be extended from March 17, 2011 to April 18, 2011.  This is Defendant's first request for an

23 extension of time to respond to Plaintiff's complaint.

24 //

25 //

26 //

27 //

28 //

Defendant needs the additional time to obtain the transcript.

Respectfully submitted,

Dated: March 17, 2011         */s/ Steven Rosales*
                              (As authorized via email)
                              STEVEN G. ROSALES
                              Attorney for Plaintiff

Dated: March 17, 2011         BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/ Kathryn R. Watson*
                              KATHRYN R. WATSON
                              Special Assistant United States Attorney
                              Social Security Administration

## **ORDER**

Pursuant to the stipulation of the parties (Dkt. No. 11), which is HEREBY APPROVED, defendant shall file a response to plaintiff's complaint on or before April 18, 2011.

**IT IS SO ORDERED.**

DATED: March 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE