Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  DEANNE LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DEANNE LEE, | Case No.: 2:10-CV-3162 KJN |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Deanne Lee ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to July 28, 2011; and that Defendant shall have until August 29, 2011, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due September 9, 2011.

1   An extension of time for Plaintiff's Counsel is needed to assist his Mother
2   through the process of surgery related to a cancer illness.  Counsel sincerely
3   apologizes to the court for any inconvenience this may have had upon it or its staff.
4
5   DATE: June 2, 2011                    Respectfully submitted,
6                                         LAW OFFICES OF LAWRENCE D. ROHLFING
7                                              /s/ *Steven G. Rosales*
                                    BY: _____
8                                         Steven G. Rosales
                                          Attorney for plaintiff DEANNE LEE
9
10  DATED:  June 2, 2011                  BENJAMIN WAGNER
                                          United States Attorney
11
12
13                                        */S/- *Kathryn R. Watson*
14                                        _____
                                          Kathryn R. Watson
15                                        Special Assistant United States Attorney
                                          Attorney for Defendant
16                                        [*Via email authorization]
17
18
19
20
21
22
23
24
25
26

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including July 28, 2011, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to August 29, 2011 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by plaintiff will be due September 9, 2011.

IT IS SO ORDERED.

DATED: June 6, 2011

/s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge