1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8928
        Facsimile:  (415) 744-0134
7       E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12

13 DEANNE LEE,                        )
                                      )   CIVIL NO. 2:10-CV-03162 KJN
14         Plaintiff,                 )
                                      )   STIPULATION AND [PROPOSED] ORDER
15         v.                         )   TO EXTEND TIME
                                      )
16 MICHAEL J. ASTRUE,                 )
   Commissioner of                    )
17 Social Security,                   )
                                      )
18         Defendant.                 )
   _____)

19

20     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21 with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion

22 for Summary Judgment be extended 60 days from August 29, 2011 to October 28, 2011.  This is

23 Defendant's first request for an extension of time to respond to Plaintiff's motion.

24 //

25 //

26 //

27 //

28 //

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: August 24, 2011        */s/ Steven Rosales*
 (As authorized via email)
 STEVEN G. ROSALES
 Attorney for Plaintiff

Dated: August 24, 2011        BENJAMIN B. WAGNER
 United States Attorney
 DONNA L. CALVERT
 Acting Regional Chief Counsel, Region IX
 Social Security Administration

 */s/ Kathryn R. Watson*
 KATHRYN R. WATSON
 Special Assistant United States Attorney
 Social Security Administration

## ORDER

The stipulation of the parties is HEREBY APPROVED. Defendant shall have until October 28, 2011, to respond to plaintiff's motion for summary judgment. The court's scheduling order is modified accordingly.

**IT IS SO ORDERED.**

DATED: August 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE