1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Deanne L. Lee

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 DEANNE L. LEE,                        ) Case No.: 10 CV 3162 KJN
                                         )
12         Plaintiff,                    ) {PROPOSED} ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                               ) ATTORNEY FEES AND EXPENSES
                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                    ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,      ) U.S.C. § 1920
15                                       )
           Defendant                     )
16 _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses (Dkt. No. 23):

20     IT IS HEREBY ORDERED that fees and expenses in the amount of

21 $4,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of

22 the Stipulation.

23 DATED: April 26, 2012

24                                       _____
                                         KENDALL J. NEWMAN
25                                       UNITED STATES MAGISTRATE JUDGE

26